UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

? Application to Proceed In Forma Pauperis
Name: Scott Michaels
Address: C/O Football Is For The Fans, Suite A, 82 James Carter Road, Mildenhall, IP28 7DE,
United Kingdom
Date: August 21, 2025

I, Scott Michaels, respectfully request to proceed in forma pauperis under 28 U.S.C. § 1915. I am
unable to pay the $402 filing fee without serious financial hardship to myself or my dependents.
I declare under penalty of perjury that the following information is true and correct:

FINANCIAL DECLARATION:
1. Total annual income: £12,000
2. Current bank savings: £311.74
3. Monthly rent or mortgage: £950
4. Total debts and financial obligations: £30,000
5. Public benefits received: None
6. Dependents:
• Wife: Lindsey Michaels
• Children: Millie Michaels and Marcy Michaels (2 dependents)

I certify that I cannot afford the filing fee and that the information above is accurate to the best of
my knowledge.

Signature: _____
Date: August 21, 2025