**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Scott Michaels,<br><br>                     Plaintiff,<br><br>-against-<br><br>Werner Roth,<br><br>                     Defendant. | 1:25-cv-06942 (RA) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff, a British citizen who is appearing *pro se*, brings this action asserting state law claims against Werner Roth ("Defendant"). By order dated September 24, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)). However, Plaintiff did not provide Defendant's address in his submissions; he states only that Defendant resides in California.

The Court therefore directs Plaintiff, within 30 days of the date of this Order, to provide the Court with an address where Defendant may be served. If Plaintiff does not provide Defendant's address within 30 days, or request an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiff is advised that he may receive court documents by email by completing the form, [Consent to Electronic Service](#).[1]

**SO ORDERED.**

Dated:   New York, New York
         September 26, 2025

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.