**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Scott Michaels,

                              Plaintiff,

                    -against-

Werner Roth,

                              Defendant.

1:25-cv-06942 (RA) (SDA)

ORDER OF SERVICE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

By Order dated September 24, 2025, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (9/24/25 Order, ECF No. 6.) By Order dated September 26, 2025, the Court directed Plaintiff to provide the Court with an address where Defendant could be served. (9/26/25 Order, ECF No. 7.) On October 6, 2025, Plaintiff submitted the service address for Defendant. (Pl.'s Submission, ECF No. 8.)

To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant using the following address: Werner Roth, 1339 Holmby Avenue, Los Angeles, CA 90024. The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork for the Marshals Service to effect service of the Summons and Complaint upon Defendant.

**SO ORDERED.**

Dated:      New York, New York
            October 9, 2025

_____
**STEWART D. AARON**
**United States Magistrate Judge**