Civil Action No. 1:25-cv-6942-RA-SDA

Mr. Werner Roth
1339 Holmby Ave
Los Angeles, CA 90024
Email: weroth4@gmail.com
Phone: (631) 375-0820

October 28, 2025

Via Pro Se Electronic Filing

Pro Se Intake Unit
U.S. District Court, Southern District of New York 500
Pearl Street, Room 200
New York, NY 10007

**Re: Scott Michaels v. Werner Roth, Civil Action No. 1:25-cv-6942-RA-SDA**

**Subject: Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or in the Alternative, to Transfer Venue**

Dear Clerk of Court:

Please find enclosed the following documents for filing in the above-referenced matter:

1. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or in the Alternative, to Transfer Venue

2. Declaration of Werner Roth

3. Certificate of Service

I am representing myself in this matter (pro se) and respectfully request that the submitted documents be filed on the docket.

Thank you for your time and assistance.

Respectfully submitted,

/s/ Werner Roth
Werner Roth

---

The Court dismissed this action in an order on October 31, 2025. *See* Dkt. No. 15. Therefore, any motion to dismiss is moot. The Clerk of Court is respectfully ordered to mail Defendant a copy of the Court's October 31, 2025 order, as well as a copy of this order.

SO ORDERED.

Hon. Ronnie Abrams
November 3, 2025

*Received Oct 31 2025 Pro Se Office*